UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>    FRANKLIN INDUSTRIAL COMPLEX, INC.,<br>                Debtor. | Case No. 01-67459 |
| In re:<br>    CHRISTINE FALLS OF NEW YORK, INC.,<br>                Debtor. | Jointly Administered<br>Ch. 11 Proceedings<br>Case No. 01-67458 |
| In re:<br>    TRAFALGAR POWER, INC.,<br>                Debtor. | Case No. 01-67457<br>(Main Case) |
| CHRISTINE FALLS OF NEW YORK, INC.<br>and TRAFALGAR POWER, INC.,<br><br>                Plaintiffs,<br><br>            v.<br><br>ALGONQUIN POWER CORPORATION, INC.,<br>ALGONQUIN POWER U.S. HOLDINGS, INC.,<br>ALGONQUIN POWER INCOME FUND,<br>ALGONQUIN POWER FUND (CANADA), INC.,<br>and ALGONQUIN POWER SYSTEMS, INC.,<br><br>                Defendants. | **Adv. Pro. No. 06-80302** |

## **NOTICE OF APPEAL**

Algonquin Power Income Fund ("APIF"), Algonquin Power Corporation, Inc. ("Power"), Algonquin Power U.S. Holdings, Inc. ("U.S."), Algonquin Power Fund (Canada), Inc. ("Canada") and Algonquin Power Systems, Inc. ("Systems") (collectively referred to as "Algonquin" or "Defendants") hereby appeal under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 and 8002 from the Memorandum-Decision, Findings of Fact, Conclusions of Law and Order entered by this Court on October 30, 2007.  This Notice of Appeal is timely pursuant to Fed. R. Bankr. P. 8002 and 9006.  In accordance with Fed. R. Bankr. P. 8001(a), the names of all parties to the Order appealed from, the parties to this appeal, and the names and addresses of their respective counsel are as follows:

**DEFENDANT-APPELLANTS:**
    Algonquin Power Income Fund
    Algonquin Power Corporation, Inc.
    Algonquin Power U.S. Holdings, Inc.
    Algonquin Power Fund (Canada), Inc.
    Algonquin Power Systems, Inc.

**COUNSEL FOR DEFENDANT-APPELLANTS:**
    Menter, Rudin & Trivelpiece, P.C.
    Attn:  Jeffrey A. Dove, Esq.
    308 Maltbie Street, Suite 200
    Syracuse, New York 13204-1498
    Telephone:   (315) 474-7441
    Facsimile:   (315) 474-4040
    Email:   jdove@menterlaw.com

**PLAINTIFFS-APPELLEES:**
    Christine Falls of New York, Inc.
    Trafalgar Power, Inc.

**COUNSEL FOR PLAINTIFFS-APPELLEES:**
    Harris Beach PLLC
    Attn:  David M. Capriotti, Esq.
    One Park Place, 4th Floor
    300 South State Street
    Syracuse, New York 13202
    Telephone:   (315) 423-7100
    Facsimile:   (315) 422-93331
    Email:   dcapriotti@harrisbeach.com

**INTERESTED PARTY:**
    United States Trustee
    Attn: Guy A. Van Baalen, Esq.
        Assistant United States Trustee
    105 United Status Courthouse
    10 Broad Street
    Utica, New York 13501
    Telephone:   (315) 793-8191
    Facsimile:   (315) 793-8133
    Email:   guy.a.vanbaalen@usdoj.gov

Dated:  November 9, 2007
    Syracuse, New York

**MENTER, RUDIN & TRIVELPIECE, P.C.**
*Attorneys for Algonquin Power Income Fund*

By:   /s/Jeffrey A. Dove
Jeffrey A. Dove, Esq. (Bar Roll No. 101532)
James C. Thoman, Esq. (Bar Roll No. 511771)
Office and Post Office Address
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone:  (315) 474-7541
Facsimile:   (315) 474-4040

{F:\WPMain\26492\10288\JCT1491.DOC}